IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02389-WDM-OES

DIMITRI R. HILL,

Plaintiff(s),

vs.

ITT FEDERAL SERVICES INTERNATIONAL CORPORATION, a Delaware corporation,

Defendant(s).

---

ORDER VACATING SETTLEMENT CONFERENCE

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  August 10, 2005

Having determined that the settlement conference scheduled for Friday, August 12, 2005, is premature, the same is hereby VACATED and will be reset for a future date.  Counsel are directed to initiate a conference call to chambers at (303)844-4507 to obtain a date for the settlement conference.

The Court will return to Defendant by regular mail a set of exhibits that were mistakenly attached with its confidential statement, and that appear to be from an unrelated personal injury case.

Dated at Denver this day of August 10, 2005.

                        BY THE COURT:

                        s/O. Edward Schlatter

                        O. Edward Schlatter
                        U.S. Magistrate Judge