IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02389-WDM-OES

DIMITRI R. HILL,

Plaintiff(s),

vs.

ITT FEDERAL SERVICES INTERNATIONAL CORPORATION, a Delaware corporation,

Defendant(s).

## **AMENDED** ORDER VACATING SETTLEMENT CONFERENCE

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  August 11, 2005

Having determined that the settlement conference scheduled for Friday, August 12, 2005, is premature, the same is hereby VACATED and will be reset for a future date.  Counsel are directed to initiate a conference call to chambers at (303)844-4507 to obtain a date for the settlement conference.

Dated at Denver this day of August 11, 2005.

BY THE COURT:

s/O. Edward Schlatter

O. Edward Schlatter
U.S. Magistrate Judge