IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02389-WDM-MEH

DIMITRI R. HILL,

    Plaintiff,

v.

ITT FEDERAL SERVICES INTERNATIONAL CORPORATION,
a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 6, 2006.**

    Plaintiff's Unopposed Motion to Amend Final Pretrial Order [Filed October 5, 2006; Docket #81] is **granted**.  The Final Pretrial Order, Docket #, is amended to include Docket ## 81-2 and 81-3.